1194

Bruce Carneil WEBSTER,
Petitioner–Appellant,

v.

John F. CARAWAY, Warden, United
States Penitentiary, Terre Haute,
Respondent–Appellee.

No. 14–1049.

United States Court of Appeals,
Seventh Circuit.

Oct. 29, 2014.

Steven J. Wells, Attorney, Timothy J. Droske, Attorney, Kirsten E. Schubert, Attorney, Dorsey & Whitney, Minneapolis, MN, for Petitioner–Appellant.

James Wesley Hendrix, Attorney, Office of the United States Attorney, Dallas, TX, for Respondent–Appellee.

### Order

The petition for rehearing en banc is granted. The opinion and judgment entered by the panel are vacated. Oral argument will be heard on a date to be set by further order.